DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEVEN MICHAEL JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0522

_____

October 2, 2024

Appeal from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed. *See Tundidor v. State,* 221 So. 3d 587, 605 (Fla. 2017) (" 'In general, when the vacation of a conviction would result in changes to the defendant's scoresheet, the defendant is entitled to be resentenced using a corrected scoresheet.' However, the error is harmless if the record conclusively shows that the trial court would have imposed the same sentence using a corrected scoresheet." (first quoting *Fernandez v.*

*State*, 199 So. 3d 500, 502 (Fla. 2d DCA 2016); and then citing *State v. Anderson*, 905 So. 2d 111, 118 (Fla. 2005))).

KELLY, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.